Mizell & Brother *v.* Satilla Turpentine Company.

HILL, J. The evidence submitted in behalf of the plaintiff failing to make out a prima facie case, a nonsuit was properly granted.

*Judgment affirmed. All the Justices concur.*
MAY 15, 1913.

Equitable petition. Before Judge Parker. Charlton superior court. March 5, 1912.

*F. L. Sweat* and *W. M. Olliff,* for plaintiff.
*Wilson, Bennett & Lambdin,* for defendant.